UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAMERON J. ELLIS,

        Petitioner,

v.

STATE OF WASHINGTON,

        Respondent.

Case No. C18-1537-RAJ

ORDER DISMISSING ACTION

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for writ of habeas corpus (Dkt. 8-1) and this action are DISMISSED without prejudice for failure to exhaust state court remedies.

(3) Petitioner's application to proceed with this action *in forma pauperis* (Dkt. 8), and his motion to appeal his judgment (Dkt. 8-2), are DENIED as moot.

(4) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER DISMISSING ACTION
PAGE - 1

(5) The Clerk is directed to send copies of this Order to petitioner and to the Honorable James P. Donohue.

DATED this 13th day of March, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2